**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 25-MJ-234 (ZMF)** |
| | : | |
| **v.** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm** |
| | : | **and Ammunition by a Person** |
| **STEVEN WALKER,** | : | **Convicted of a Crime Punishable by** |
| | : | **Imprisonment for a Term Exceeding** |
| **Defendant.** | : | **One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C.** |
| | : | **§ 2461(c)** |

**INFORMATION**

The United States charges that:

**COUNT ONE**

On or about September 28, 2025, within the District of Columbia, **STEVEN WALKER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland in 2007, Criminal Case No. CT062394X, and in the Superior Court for the District of Columbia in 2019, Criminal Case No. 2017-CF3-007678, did unlawfully and knowingly receive and possess a firearm, that is, a Black/Silver Bersa firearm, Serial Number: 818795, Model: Thunder 380 semi-auto handgun and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

1

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Black/Silver Bersa firearm, Serial Number: 818795, Model: Thunder 380 and .380 ammunition.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/Emory V. Cole*
EMORY V. COLE
PA. Bar No. 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7692

3